UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08-cr-00005-RLY-DKL-3 |
| | ) | |
| RAUL GALLEGOS-HUERTA, | ) | |
| | ) | |
| Defendant. | ) | |

Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Raul Gallegos-Huerta's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders that the defendant's supervised release is therefore **REVOKED**, and Raul Gallegos-Huerta is sentenced to the custody of the Attorney General or his designee for a period of two (2) months, with no supervised release to follow. The defendant is remanded to the custody of the United States Marshal pending the district court's action on this Report and Recommendation.

**SO ORDERED** this 5th day of April 2013.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

United States Probation Office
United States Marshal